UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUN JUNG, | CASE NO. C22-5834 BHS |
| Plaintiff, | ORDER |
| v. | |
| COWLITZ COUNTY, et al., | |
| Defendants. | |

This matter comes before the Court on its own motion. Plaintiff Eun Jung sued Cowlitz County, Lewis County, Cowlitz County Animal Control Officer Tina Schneider, Cowlitz County Sheriff Deputy Johnson, Cowlitz County Sheriff Deputy Thompson, Cowlitz County Sheriff's Office, Lewis County Animal Control, and Lewis County Animal Control Officer Smokey in October 2022. Dkt. 1. She alleges, generally, that Defendants, led by Schneider, conspired to deprive her of various rights, and that they falsely arrested and imprisoned her, assaulted and tortured her, stole and killed her animals, damaged and set fire to her property, and stole from her. *Id.*

Magistrate Judge Michelle L. Peterson ordered Jung to show cause by December 16, 2022, why her complaint should not be dismissed for failure to prosecute. Dkt. 4.

ORDER - 1

1 | Within that order, Judge Peterson noted that the Clerk's office had previously notified
2 | Jung of two deficiencies: (1) she omitted the civil cover sheet; and (2) she improperly
3 | indicated the jury demand. *Id.* at 1; *see also* Dkts. 2, 3.

4 |     Jung has not corrected her filing deficiencies or otherwise responded to Judge
5 | Peterson's order. Her case is therefore **DISMISSED without prejudice** for failure to
6 | prosecute. The Clerk shall enter a JUDGMENT and close the case.

7 |     IT IS SO ORDERED.

8 |     Dated this 3rd day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2